UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
UNITED STATES OF AMERICA     :
                             :
       v.                    :
                             : Crim. No. 3:18-cr-00163 (AWT)
ADAM STRONG                  :
```

## ORDER DENYING MOTION FOR COMPASSIONATE RELEASE

For the reasons set forth below, defendant Adam Strong's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) (ECF No. 133) is hereby DENIED.

On January 6, 2023, the court issued an order denying the defendant's Motion to Reconsider Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)(i) and Section 603 of the First Step Act. See Order Re Motion to Reconsider Sentence Reduction (ECF No. 132) denying ECF No. 124.  In the Order Re Motion to Reconsider Sentence Reduction, the court took note of the fact that there had been new developments since the court denied the defendant's original motion for compassionate release and his first motion for reconsideration, but the court emphasized the following:

> What has not changed, however, is the court's conclusion that reducing the defendant's sentence would seriously undermine the purposes of the criminal sentence that the court concluded are most important in this case.

ECF No. 132 at 3.

The court then explained that

> given this particular defendant's course of conduct while on supervised release and this defendant's characteristics, the goals of just punishment and specifically deterring this defendant from committing further offenses would be seriously undermined by reducing the defendant's sentence. Nothing in the defendant's current submission changes the court's analysis or conclusion.

ECF No. 132 at 4.

Approximately two months after the court issued the Order Re Motion to Reconsider Sentence Reduction, the defendant filed the instant motion. The court's analysis with respect to the instant motion is the same as it was with respect to his Motion to Reconsider Sentence Reduction (ECF No. 124).

Accordingly, the instant motion is being denied.

It is so ordered.

Signed this 2nd day of August 2023 at Hartford, Connecticut.

                                        /s/AWT
                              Alvin W. Thompson
                        United States District Judge